Clear Form

FILED
FEB 13 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cathy Childs, et al.

Plaintiff,

vs.

Valentino Walker, et al. Defendant.

CASE NO. C17- 0719 MEJ

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Cathy Childs, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: S.S. Disability _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _3,552_
3 |
4 |
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.     Business, Profession or      Yes ____ No _X_
8 |             self employment?
9 |     b.     Income from stocks, bonds,      Yes ____ No _X_
10 |             or royalties?
11 |     c.     Rent payments?      Yes _X_ No ____
12 |     d.     Pensions, annuities, or      Yes ____ No _X_
13 |             life insurance payments?
14 |     e.     Federal or State welfare payments,      Yes _X_ No ____
15 |             Social Security or other govern-
16 |             ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _Long term disability_
20 | _Social Security disability_
21 | 3. Are you married?      Yes _X_ No ____
22 | Spouse's Full Name: _Jester Childs_
23 | Spouse's Place of Employment: _Retired Disability_
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.     a.     List amount you contribute to your spouse's support:$ _2,000.00_
27 |     b.     List the persons other than your spouse who are dependent upon you for support
28 |             and indicate how much you contribute toward their support. (NOTE: For minor

1   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2   N/A
3   _____
4   5.   Do you own or are you buying a home?   Yes _X_ No ____
5   Estimated Market Value: $_____ Amount of Mortgage: $_____
6   6.   Do you own an automobile?   Yes _X_ No ____
7   Make _Mercades_ Year _2014_ Model _____
8   Is it financed? Yes ____ No ____ If so, Total due: $ _C_
9   Monthly Payment: $ _555_
10  7.   Do you have a bank account? Yes _X_ No ____ (Do not include account numbers.)
11  Name(s) and address(es) of bank: _Wells Fargo_
12  _____
13  Present balance(s): $ _600.00_
14  Do you own any cash? Yes ____ No _X_ Amount: $ _____
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)   Yes ____ No _X_
17  _____
18  8.   What are your monthly expenses?
19  Rent: $ _____ Utilities: _25_
20  Food: $ _____ Clothing: _____
21  Charge Accounts:
22  Name of Account          Monthly Payment          Total Owed on This Account
23  _____               $ _____             $ _____
24  _____               $ _____             $ _____
25  _____               $ _____             $ _____
26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable. Do not include account numbers.)
28  _____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/10/2017                                    *[signature]*
DATE                                         SIGNATURE OF APPLICANT