Clear Form

FILED
FEB 13 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MEJ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Cathy Childs, et al.
                                    Plaintiff,

CASE NO. C17- 0719

vs.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

Valentino Walker, et Al.
                                    Defendant.

I, Destee Childs, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |     a.    Business, Profession or    Yes ___ No _X_
8 |         self employment?
9 |     b.    Income from stocks, bonds,    Yes ___ No _X_
10 |         or royalties?
11 |     c.    Rent payments?    Yes _X_ No ___
12 |     d.    Pensions, annuities, or    Yes ___ No _X_
13 |         life insurance payments?
14 |     e.    Federal or State welfare payments,    Yes _X_ No ___
15 |         Social Security or other govern-
16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | __Social Security and retirement__
20 | __2,396 + 3,400.00__
21 | 3. Are you married?    Yes _✓_ No ___
22 | Spouse's Full Name: __Cathy Childs__
23 | Spouse's Place of Employment: __unemployed  disable__ (LC)
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ __3,800.00__ Net $ _____
26 | 4.     a.    List amount you contribute to your spouse's support: $ __0.00__
27 |     b.    List the persons other than your spouse who are dependent upon you for support
28 |         and indicate how much you contribute toward their support. (NOTE: For minor

1         children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4  5.     Do you own or are you buying a home?    Yes ✓  No \_\_\_\_

5 Estimated Market Value: $ 700,000   Amount of Mortgage: $ 2,500.00

6  6.     Do you own an automobile?          Yes ✓  No \_\_\_\_

7 Make 2014     Year C250    Model _____

8 Is it financed? Yes ✓  No \_\_\_\_  If so, Total due: $ _____

9 Monthly Payment: $ 555

10  7.     Do you have a bank account? Yes ✓  No \_\_\_\_ (Do not include account numbers.)

11 Name(s) and address(es) of bank: Wells Fargo

12 _____

13 Present balance(s): $ 650

14 Do you own any cash? Yes \_\_\_\_ No ✓  Amount: $ _____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)                                       Yes \_\_\_\_ No ✓

17 _____

18  8.     What are your monthly expenses?

19 Rent: $ 2,600           Utilities: 560.00

20 Food: $ 800             Clothing: 100.00

21 Charge Accounts:

22 Name of Account        Monthly Payment        Total Owed on This Account

23 N/A               $ _____           $ _____

24 _____  $ _____           $ _____

25 _____  $ _____           $ _____

26  9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.) Second Mortage

28 $1,600.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/10/2017                                    [signature]
DATE                                         SIGNATURE OF APPLICANT