Clear Form

FILED
FEB 13 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Cathy Childs, et al.,
Plaintiff,

vs.

Valentino Walker, et al.
Defendant.

CASE NO. C17- 0719

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Chariss Mahoney, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?         Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

<sub>Case 4:17-cv-00719-HSG   Document 6   Filed 02/13/17   Page 2 of 4</sub>

<sub></sub>

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a.    Business, Profession or              Yes ___ No ✓

8 |         self employment?

9 |     b.    Income from stocks, bonds,        Yes ___ No ✓

10 |         or royalties?

11 |     c.    Rent payments?                      Yes ___ No ✓

12 |     d.    Pensions, annuities, or             Yes ___ No ✓

13 |         life insurance payments?

14 |     e.    Federal or State welfare payments,    Yes ✓ No ___

15 |         Social Security or other govern-

16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | ___Welfare & Social Security   $580.00___

20 | _____

21 | 3. Are you married?                                 Yes ___ No ✓

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.     a.    List amount you contribute to your spouse's support:$ _____

27 |     b.    List the persons other than your spouse who are dependent upon you for support

28 |         and indicate how much you contribute toward their support. (NOTE: For minor

<sub>- 2 -</sub>

| | |
|---|---|
| 1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.) |
| 2 | _____ |
| 3 | _____ |
| 4 | 5. Do you own or are you buying a home? Yes ____ No ✗ |
| 5 | Estimated Market Value: $_____ Amount of Mortgage: $_____ |
| 6 | 6. Do you own an automobile? Yes ____ No ✗ |
| 7 | Make _____ Year _____ Model _____ |
| 8 | Is it financed? Yes ____ No ____ If so, Total due: $ _____ |
| 9 | Monthly Payment: $ _____ |
| 10 | 7. Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.) |
| 11 | Name(s) and address(es) of bank: _____ |
| 12 | _____ |
| 13 | Present balance(s): $ _____ |
| 14 | Do you own any cash? Yes ____ No ✗ Amount: $ _____ |
| 15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 16 | market value.) Yes ____ No ____ |
| 17 | _____ |
| 18 | 8. What are your monthly expenses? |
| 19 | Rent: $ 845.00    Utilities: $70.00 |
| 20 | Food: $ 600.00    Clothing: _____ |
| 21 | Charge Accounts: |
| 22 | Name of Account        Monthly Payment        Total Owed on This Account |
| 23 | _____    $ _____    $ _____ |
| 24 | _____    $ _____    $ _____ |
| 25 | _____    $ _____    $ _____ |
| 26 | 9. Do you have any other debts? (List current obligations, indicating amounts and to whom |
| 27 | they are payable. Do not include account numbers.) |
| 28 | _____ |

- 3 -

1

2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No  X

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  2/10/2017                                              *[signature]*
12  DATE                                                   SIGNATURE OF APPLICANT

- 4 -