UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF ANTIOCH, et al.,<br><br>        Defendants. | Case No. 17-cv-00719-MEJ<br><br>**ORDER DIRECTING ISSUANCE OF SUMMONSES** |

On March 3, 2017, the Court denied Plaintiffs' Applications to Proceed in Forma Pauperis, and ordered them to pay the Court's filing fee. *See* Order, Dkt. No. 8. Plaintiffs paid the Court's filing fee. *See* Receipt No. 34611122996. The undersigned accordingly orders the Clerk of the Court to issue summonses in this matter.

**IT IS SO ORDERED.**

Dated: March 16, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge