UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>CITY OF ANTIOCH, et al.,<br><br>            Defendants. | Case No. 17-cv-00719-MEJ<br><br>**STATUS ORDER** |

The Court denied Plaintiffs' applications to proceed in forma pauperis ("IFP Applications"). Dkt. No. 8. After Plaintiffs paid the filing fee, the Court directed issuance of summons on March 16, 2017. Dkt. No. 9. The Clerk of the Court issued a letter indicating the Court had ordered service on defendants (Dkt. No. 10), but because the IFP Applications were denied, the Clerk recalled the order of service to the U.S. Marshals (Dkt. No. 12). It does not appear Plaintiffs were given notice of the recall. The Court hereby clarifies that, because Plaintiffs are not proceeding in formal pauperis, they must ensure the summons, Complaint, and all required documentation are served on defendants. The Marshals will not serve defendants.

This matter is currently scheduled for a Case Management Conference on May 18, 2017. However, as there is no indication that Plaintiffs served defendants, the Court **VACATES** the Conference and **ORDERS** Plaintiffs to file a status report by May 25, 2017 confirming they have, or are taking steps to, serve defendants. The Court will reschedule a Conference after all defendants have been served and have appeared.

**IT IS SO ORDERED.**

Dated: May 12, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge