UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF ANTIOCH, et al.,<br><br>        Defendants. | Case No. 17-cv-00719-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On June 7, 2017, Defendants City of Antioch and Allan Cantando filed a Motion to Dismiss four of the six claims Plaintiffs assert in their Complaint, with a noticed hearing date of August 3, 2017. Dkt. No. 15. However, Plaintiffs failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiffs to show cause why the Court should not grant the Motion to Dismiss. Plaintiffs shall file a declaration by July 13, 2017. If a responsive declaration is filed, the Court shall issue an order based on the declaration. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiffs do not oppose the merits of the Motion. If no written response is filed, the Court will grant the Motion, and the only claims remaining in the action will be a claim for wrongful death against Defendant Valentino Walker and a claim for intentional infliction of emotional distress against Walker.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

        **IT IS SO ORDERED.**

Dated: June 26, 2017

                                                        _____
                                                        MARIA-ELENA JAMES
                                                        United States Magistrate Judge