UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ANTIOCH, et al., <br><br> Defendants. | Case No. 17-cv-00719-MEJ <br><br> **ORDER RE: ORDER TO SHOW CAUSE AND OPPOSITION TO MOTION TO DISMISS** <br><br> Re: Dkt. Nos. 17, 18 |

When Plaintiffs did not respond to Defendants' Motion to Dismiss (Mot., Dkt. No. 15), the Court issued an Order to Show Cause ("OSC") why the case should not be dismissed for failure to prosecute (OSC, Dkt. No. 17). Plaintiffs' response to the OSC was due July 13, 2017. *See* OSC. Instead of responding to the OSC, Plaintiffs filed a belated Opposition to the Motion to Dismiss. *See* Opp'n, Dkt. No. 18.

Plaintiffs' pro se status does not excuse them from complying with Court rules, orders, and deadlines. Plaintiffs have not responded to the OSC and did not obtain leave to file a belated Opposition. No later than July 27, 2017, Plaintiffs shall respond to the OSC; each Plaintiff who is over the age of 18 also shall file a declaration that he or she has reviewed the Federal Rules of Civil Procedure, the Court's Civil Local Rules, and the Pro Se Handbook that is available on the Court's website.

Defendants need not respond to the Opposition unless and until the Court discharges the OSC.

**IT IS SO ORDERED.**

Dated: July 18, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge