UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>CITY OF ANTIOCH, et al.,<br><br>          Defendants. | Case No. 17-cv-00719-MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDERING DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 17, 21 |

When Plaintiffs Cathy Childs, Jester Childs, and Derrick Childs (collectively, "Plaintiffs") failed to oppose Defendants' Motion to Dismiss ("Motion"), the Court ordered them to show cause why the action should not be dismissed for failure to prosecute. *See* Order to Show Cause ("OSC"), Dkt. No. 17; Mot., Dkt. No. 15. Instead of responding to the OSC, Plaintiffs belatedly filed an Opposition to the Motion. Opp'n, Dkt. No. 18. The Court again ordered Plaintiffs to respond to the OSC and also ordered each Plaintiff over the age of 18 to file a declaration that he or she had reviewed the Federal Rules of Civil Procedure, the Court's Civil Local Rules, and the Pro Se Handbook available on the Court's website. *See* Order, Dkt. No. 21. Plaintiffs responded to the OSC and the Order. Response at 3, Dkt. No. 23. Plaintiffs also filed the required declarations. *See* Dkt. Nos. 24-26. As such, the Court discharges the OSC.

Defendants shall file a Reply in support of their Motion to Dismiss, no later than August 15, 2017.

**IT IS SO ORDERED.**

Dated: August 1, 2017

                                                        _____
                                                        MARIA-ELENA JAMES
                                                        United States Magistrate Judge