UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>VALENTINO WALKER,<br><br>        Defendant. | Case No. 17-cv-00719-MEJ<br><br>**ORDER RE: CHANGE OF ADDRESS**<br><br>Re: Dkt. No. 3 |

Civil Local Rule 3-11 (Failure to Notify of Address Change) imposes on litigants, including parties proceeding pro se, "whose address changes while an action is pending" to "promptly file with the Court . . . a Notice of Change of Address specifying the new address." On October 31, 2017, the Court filed and served upon all Plaintiffs an Order to Show Cause why the case should not be dismissed for failure to prosecute. OSC, Dkt. No. 32; *see* Dkt. No. 32-1 (Proof of Service). On November 13, 2017, each copy of the OSC that was mailed to the non-minor Plaintiffs was returned to the Court as undeliverable. Dkt. No. 33. Civil Local Rule 3-11 empowers the Court to dismiss a complaint without prejudice "when: (1) Mail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable; and (2) The Court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address." As of the date of this Order, Plaintiffs have not indicated their current address and have not responded to the OSC. *See* Dkt.

Because it is apparent Plaintiffs did not receive the OSC, the Court extends the deadline for responding to the OSC from November 30, 2017 until January 15, 2018—more than 60 days after the OSC was returned as undeliverable.

**If Plaintiffs do not indicate their current address(es) and respond to the OSC by**

**January 15, 2018, the Court shall dismiss the action without prejudice pursuant to Federal Rule of Civil Procedure 4(m), Federal Rule of Civil Procedure 41(b), and Local Rule 3-11.**

    IT IS SO ORDERED.

Dated: December 4, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge