UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>VALENTINO WALKER,<br><br>        Defendant. | Case No. 17-cv-00719-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL**<br><br>Re: Dkt. No. 38 |

The Court has reviewed Magistrate Judge James' Report and Recommendation Re Dismissal. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed in its entirety without prejudice pursuant to Civil Local Rule 3-11, and in addition, that the claims against Valentino Walker be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 7, 2018

                                                                                             HAYWOOD S. GILLIAM, JR.
                                                                                             United States District Judge